**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 08-cr-00467-CMA-3

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. GUADALUPE FLORES,

    Defendant.

---

## ORDER TO CALL TO SET CHANGE OF PLEA HEARING

In response to the Notice of Disposition (Doc. # 129) filed on behalf of Defendant Guadalupe Flores in the above matter, it is hereby

ORDERED that defense counsel and counsel for the Government shall confer and contact Chambers *via* conference call (303-335-2174) <u>no later than June 1, 2009</u> to set this matter for a Change of Plea Hearing.

    DATED:  May   26  , 2009

                                               BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Judge