# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE CHRISTINE M. ARGUELLO

Courtroom Deputy: Valeri P. Barnes
Court Reporter: Darlene Martinez
Probation Officer: Doug Randolph
Interpreter: Susana Cahill

Date: November 19, 2009

---

Criminal Action No. 08-cr-00467-CMA-03

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Mark Barrett |
| Plaintiff, | |
| v. | |
| GUADALUPE FLORES, | Joseph Saint-Veltri |
| Defendant. | |

---

## SENTENCING MINUTES
---

**8:34 a.m.     Court in session**.

Defendant present; in custody.

Interpreter sworn.

Change of Plea Hearing: September 11, 2009.

Defendant plead guilty to Count Three of the Indictment.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

**ORDER:**   Government's Motion to Reduce Defendant's Sentence Three Levels Pursuant to 3E1.1(B), Two Levels Pursuant to 2D1.1(B)(11) and 5C 1.2 and 22 % Pursuant to 5K1.1. **(186)** is **granted**.

**ORDER:**   Government's Oral Motion to Dismiss Counts One and Five is **granted**.

**Defendant sentenced as reflected in the record**.

Defendant advised of the right to appeal.

**ORDER:**   Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**8:55 a.m.**   **Court in recess/hearing concluded**.

Total in-court time: 00:21